## TAYLOR v. BRITTAIN

No. 633PA85.

Case below: 76 N.C. App. 574.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 18 February 1986.

## THOMAS M. McINNIS & ASSOC. v. HALL

No. 601A85.

Case below: 76 N.C. App. 486.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals allowed 28 January 1986.

## U. S. HELICOPTERS, INC. v. BLACK

No. 796PA85.

Case below: 77 N.C. App. 827.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 18 February 1986.

## WAITS v. JOHNSTON

No. 460P85.

Case below: 75 N.C. App. 512.

Petition by defendants for discretionary review under G.S. 7A-31 denied 18 February 1986.

## WALKER v. WESTINGHOUSE ELECTRIC CORP.

No. 706P85.

Case below: 77 N.C. App. 253.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 February 1986.